**Below is the Order of the Court.**

_____

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN RE: ) Chapter 7
) Case No. 14-13193
TREND SOUND PROMOTER )
AMG, CORP. ) ORDER TO
        Debtor ) EMPLOY AUCTIONEER

THIS MATTER having come on before the above signed Judge, no notice or hearing being required, and good cause otherwise appearing, it is hereby

ORDERED that the Trustee, Nancy L. James, is authorized to employ the auction firm of James G. Murphy, Inc. to be compensated pursuant to separate order of this Court.

///END OF ORDER///

Presented by:

*/s/ Nancy L. James*
Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541

Order to Employ Auctioneer

Nancy L. James, Trustee
15008 – 63rd Drive SE
Snohomish, WA 98296
(425) 485-5541