Honorable Marc Barreca
September 5, 2014; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | |
| | ORDER REQUIRING TURNOVER |
| Debtor(s). | OF FILES TO THE TRUSTEE |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the trustee's motion directing the attorney for the debtor to turn over her files and records to the trustee, the court having reviewed the pleadings on file herein, and having heard argument of counsel, if any, and being otherwise fully apprised of the circumstances, now, therefore, it is hereby

ORDERED that Reset Legal Services PLLC, and Annette Mouton, shall turn over to Nancy James, the Chapter 7 trustee, all files and records in their possession related to the debtor including but not limited to all documents turned over to the attorney by the debtor, all documents turned over to the attorney by third parties, all notes created during the representation and all correspondence, including emails, to and from the debtor to the attorney and emails to and from the attorney to third parties.

**ORDER REQUIRING TURNOVER
OF FILES TO THE TRUSTEE**
140808lOrd Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 192    Filed 09/02/14    Ent. 09/02/14 10:31:03    Pg. 1 of 2

| | |
|---|---|
| 1 | IT IS HEREBY FURTHER ORDERED that the documents shall be turned over within |
| 2 | fourteen (14) days of the date of this order. |
| 3 | //// END OF ORDER //// |
| 4 | |
| 5 | Presented By:<br>THE RIGBY LAW FIRM |
| 6 | |
| 7 | /S/ *Rory C. Livesey* |
| 8 | Rory C. Livesey, WSBA #17601<br>Of Attorneys for Trustee |
| 9 | |
| 10 | The Rigby Law Firm<br>600 Stewart Street, Suite 1908<br>Seattle, WA 98101 |
| 11 | (206) 441-0826 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

**ORDER REQUIRING TURNOVER**
**OF FILES TO THE TRUSTEE**
140808lOrd Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 192    Filed 09/02/14    Ent. 09/02/14 10:31:03    Pg. 2 of 2