| | |
|---|---|
| | Honorable Marc Barreca |
| | September 5, 2014; 9:30 a.m. |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | ) | |
| | ) | ORDER EXTENDING TIME TO |
| Debtor(s). | ) | ASSUME OR REJECT EXECUTORY |
| | ) | CONTRACTS |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the trustee's Motion for an Order Extending Time to Assume or Reject Executory Contracts, the court having reviewed the pleadings on file herein, and finding that the trustee's motion was timely, that proper notice was sent to creditors and parties in interest and good cause appearing, now, therefore, it is hereby

////

////

////

////

////

**ORDER EXTENDING TIME TO
ASSUME OR REJECT EXECUTORY
CONTRACTS -** 140722uOrd  Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 195    Filed 09/05/14    Ent. 09/05/14 11:31:01    Pg. 1 of 2

ORDERED that the deadline by which the trustee must assume or reject executory contracts is extended to December 31, 2014.

//// END OF ORDER ////

Presented By:

THE RIGBY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS -** 140722uOrd  Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 195    Filed 09/05/14    Ent. 09/05/14 11:31:01    Pg. 2 of 2