**Vladimir Raskin  CPA**
19512 Evanston Ave. N
Shoreline, WA 98133

# Invoice

| Date | Invoice # |
|---|---|
| 5/31/2014 | 1795 |

| Bill To |
|---|
| Trend Sound Promoter AMG Corp |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---:|
| Office meeting 5/1 (Court),5/5,5/7,5/12,5/14,5/16,5/19,5/21,5/29 | 7,250.00 |
| Meeting with Trustee 5/19 | 300.00 |
| 6 month corporate budget | 450.00 |
| Combined Excise Tax | 875.00 |
| Trustee reporting 4/25 - 4/30 | 860.00 |
| Optimizing COA, setting up and posting  4 months of ADP payroll to GL | 1,450.00 |
| Parking | 84.00 |
| | |
| Pay online at: | |
| https://ipn.intuit.com/k7gg484c | |

Thank you for your business.  I would appreciate your prompt payment.

**Total** $11,269.00

Case 14-13193-CMA    Doc 209-1    Filed 09/22/14    Ent. 09/22/14 17:15:42    Pg. 1 of 1