**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., ) | |
| ) | EX PARTE ORDER AUTHORIZING |
| Debtor(s). ) | SUBSTITUTION OF COUNSEL |
| ) | FOR THE TRUSTEE |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the trustee's *ex parte* motion for an order authorizing The Rigby Law Firm to withdraw as general counsel for the trustee and allowing The Livesey Law Firm to substitute as general counsel, the court being fully apprised of the circumstances herein, now, therefore, it is hereby

ORDERED that the trustee, Nancy James, is authorized to employ The Livesey Law Firm as attorney for the trustee and the estate beginning January 1, 2015, and for the pendency of the

**EX PARTE ORDER AUTHORIZING**
**SUBSTITUTION OF COUNSEL FOR**
**THE TRUSTEE -** 141230jOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

proceedings, with compensation to be paid in such amounts as may be allowed by the court upon proper application or applications therefore.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**EX PARTE ORDER AUTHORIZING SUBSTITUTION OF COUNSEL FOR THE TRUSTEE -** 141230jOrd   Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 229    Filed 01/05/15    Ent. 01/05/15 12:59:12    Pg. 2 of 2