UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 14-13193 |
| | ) | |
| Trend Sound Promoter AMG Corp., | ) | UNITED STATES TRUSTEE'S |
| | ) | RESPONSE TO AMENDED MOTION |
| | ) | FOR FINAL FEES FOR VLADIMIR |
| Debtor. | ) | RASKIN |
| | ) | |

Gail Brehm Geiger, the Acting United States Trustee for Region 18, by and through her undersigned attorney, Sarah R. Flynn, responds to the Amended Motion for Final Fees of Vladimir Raskin (the "Amended Fee Application") and states as follows:

1. Trend Sound Promoter AMG Corp. (the "Debtor") filed a voluntary petition for chapter 11 relief on April 25, 2014. The Debtor's chapter 11 case was short lived. On May 29, 2014, the United States Trustee filed a Motion to Convert Chapter 11 Case or for Appointment of Chapter 11 Trustee (the "Motion to Convert"). On May 30, 2014, the Debtor filed a motion to convert to chapter 7. An order converting the case was entered June 2, 2014.

2. On May 23, 2014, the Debtor filed an application to hire Mr. Raskin as accountant (the "Employment Application"). On June 17, 2014, the Court entered an order approving the Employment Application.

3. On September 22, 2014, Mr. Raskin filed an Application for Compensation (the "Initial Fee Application"). ECF No. 209. The Initial Fee Application requested $11,869 for professional services rendered by Mr. Raskin from April 25, 2014, to May 30, 2014. On

UNITED STATES TRUSTEE'S RESPONSE TO AMENDED
MOTION FOR FINAL FEES FOR VLADIMIR RASKIN - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
206-553-2000, 206-553-2566 (fax)

Case 14-13193-MLB    Doc 234    Filed 01/21/15    Ent. 01/21/15 16:56:38    Pg. 1 of 2

November 21, 2014, the United States Trustee objected to the Initial Fee Application because it did not include information required under Local Rule 2016. ECF No. 216. The chapter 7 trustee also objected to the Initial Fee Application. ECF No. 217. Ultimately, the Initial Fee Application was never confirmed for argument or approved.

4. On January 5, 2015, Mr. Raskin filed the Amended Fee Application. The Amended Fee Application includes a detailed time record that is consistent with the requirements of the Local Rules, and requests $12,199 for professional services rendered and costs incurred from April 25, 2014 to May 30, 2014.

5. The United States Trustee recommends areduction of Mr. Raskin's fees in the total amount of $1,300:

The Amended Fee Application includes $700 for 3.5 hours spent at a hearing on May 1, 2014, which was also attended by the Debtor's bankruptcy counsel, Larry Feinstein. Mr. Raskin did not testify at the May 1, 2014 hearing. The United States Trustee objects to this time entry because it pertains to the administration of the Debtor's bankruptcy and is therefore outside the scope of Mr. Raskin's employment as accountant, and/or duplicative of services provided by the Debtor's bankruptcy counsel.

The Amended Fee Application includes $600 for 3 hours spent on preparation of "motion for final fees" (the First Fee Application). As previously discussed, the United States Trustee objected to the First Fee Application as inadequate under the Local Rules, and the Application was never approved.

Based on the foregoing, the United States Trustee requests that the Court deny approval of the Amended Fee Application in any amount in excess of $10,899.

Respectfully Submitted,

GAIL BREHM GEIGER
Acting United States Trustee for Region 18

/s/ *Sarah R. Flynn*
Sarah R. Flynn, NCBA #42829
Attorney for the United States Trustee

UNITED STATES TRUSTEE'S RESPONSE TO AMENDED
MOTION FOR FINAL FEES FOR VLADIMIR RASKIN - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
206-553-2000, 206-553-2566 (fax)