**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | |
| | EX PARTE ORDER AUTHORIZING |
| Debtor(s). | TRUSTEE TO PAY EXPENSES |

THIS MATTER having come regularly before this court upon the trustee's *ex parte* motion to pay expenses, it appearing that notice to creditors is not necessary and good cause shown, now, therefore,

IT IS HEREBY ORDERED that the trustee, Nancy James, may pay from the funds of the estate its costs not to exceed $2,582.93 to Sound Legal Copy for copying work.

//// END OF ORDER ////

Presented By:

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Livesey Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**EX PARTE ORDER AUTHORIZING
TRUSTEE TO PAY EXPENSES**
150128dOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 243    Filed 01/30/15    Ent. 01/30/15 13:34:02    Pg. 1 of 1