Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | |
| | EX PARTE MOTION FOR AN ORDER |
| Debtor(s). | AUTHORIZING TRUSTEE TO PAY |
| | EXPENSES |

COMES NOW the duly appointed trustee, Nancy James, through counsel, The Livesey Law Firm, and Rory C. Livesey, and moves this court for an order allowing the trustee to pay out of funds of the estate the following costs:

The debtor had a bank account with Bank of America prior to filing its bankruptcy petition. The trustee issued a subpoena on Bank of America for copies of bank statements, canceled checks, etc. Those documents have been provided and the cost for copying those records is $3,847.66. The trustee proposes to pay that invoice.

No notice to creditors of this motion is necessary pursuant to 11 U.S.C. § 102(1) and Bankruptcy Rule 2002.

WHEREFORE, the trustee prays for an order accordingly.

DATED this 10th day of February, 2015.

THE LIVESEY LAW FIRM

/S/ *Rory C. Livesey*

Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

**EX PARTE MOTION FOR AN ORDER
AUTHORIZING TRUSTEE TO PAY
EXPENSES -** 150210bMot    Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 245    Filed 02/11/15    Ent. 02/11/15 09:25:43    Pg. 1 of 1