**Below is the Order of the Court.**

**Marc Barreca**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Marc Barreca

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 7 |
| | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., | |
| | EX PARTE ORDER AUTHORIZING |
| Debtor(s). | TRUSTEE TO PAY EXPENSES |

THIS MATTER having come regularly before this court upon the trustee's *ex parte* motion to pay expenses, it appearing that notice to creditors is not necessary and good cause shown, now, therefore,

IT IS HEREBY ORDERED that the trustee, Nancy James, may pay from the funds of the estate its costs not to exceed $3,847.66 to Bank of America for the copying and delivery of the debtor's banking records.

//// END OF ORDER ////

**EX PARTE ORDER AUTHORIZING**
**TRUSTEE TO PAY EXPENSES**
150210cOrd   Page 1

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1     Presented By:

2     THE LIVESEY LAW FIRM

3

         /S/ *Rory C. Livesey*

4     _____
Rory C. Livesey, WSBA #17601

5     Of Attorneys for Trustee

6     The Livesey Law Firm
600 Stewart Street, Suite 1908

7     Seattle, WA 98101
(206) 441-0826

**EX PARTE ORDER AUTHORIZING
TRUSTEE TO PAY EXPENSES**
150210cOrd    Page 2

THE LIVESEY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826