**Below is the Order of the Court.**

_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Honorable Marc Barreca
February 20, 2015; 9:30 a.m.

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | Bankruptcy No. 14-13193 |
| TREND SOUND PROMOTER AMG CORP., ) | |
| ) | SECOND ORDER EXTENDING |
| Debtor(s). ) | TIME TO ASSUME OR REJECT |
| ) | EXECUTORY CONTRACTS |

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court, upon the trustee's Motion for a Second Order Extending Time to Assume or Reject Executory Contracts, the court having reviewed the pleadings on file herein, and finding that the trustee's motion was timely, that proper notice was sent to creditors and parties in interest and good cause appearing, now, therefore, it is hereby

////

////

////

////

////

**SECOND ORDER EXTENDING TIME TO
ASSUME OR REJECT EXECUTORY
CONTRACTS -** 141230hOrd   Page 1

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

1  ORDERED that the deadline by which the trustee must assume or reject executory contracts
2  is extended to June 30, 2015.
3                              //// END OF ORDER ////

Presented By:

THE RIGBY LAW FIRM

         /S/ *Rory C. Livesey*
_____
Rory C. Livesey, WSBA #17601
Of Attorneys for Trustee

The Rigby Law Firm
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

**SECOND ORDER EXTENDING TIME TO ASSUME OR REJECT EXECUTORY CONTRACTS -** 141230hOrd  Page 2

THE RIGBY LAW FIRM
600 Stewart Street, Suite 1908
Seattle, WA 98101
(206) 441-0826

Case 14-13193-MLB    Doc 250    Filed 02/27/15    Ent. 02/27/15 15:25:58    Pg. 2 of 2